# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------X
JOAN MCGUIRE, Individually and On
Behalf of All Others Similarly Situated,

                  Plaintiff,                  Case No. 8:18-cv-02995-JSM-SPF

    -against-

INTELIDENT SOLUTIONS, LLC and
COAST DENTAL SERVICES, LLC,

                  Defendants.
---------------------------------------------------------------X

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiff Joan McGuire, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendants Intelident Solutions, LLC and Coast Dental Services, LLC (collectively, "Defendants") jointly file this Status Report and Notice of Settlement, and in support thereof state as follows:

1. This is a conditionally certified FLSA collective action on behalf of current and former exempt-classified Office Managers ("OMs") employed by Defendants who are seeking unpaid overtime wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*.

2. On November 8, 2019, the Parties advised the Court that they agreed to mediate this matter and jointly requested a stay of the proceedings. D.E. 73. The Court granted the Parties' joint request to stay the matter, with the stay subsequently extended through June 12, 2020. *See* April 14, 2020 Order.

3. The Court simultaneously ordered the Parties to provide a joint status report on their settlement efforts by May 13, 2020. *Id.*

4. Today, the Parties finalized the material terms of a proposed collective action settlement totaling a gross amount of $1,320,000.00 to settle the claims of the 91 participating Office Managers (inclusive of all related fees and costs, to be further detailed in a future Motion for Settlement Approval, as discussed *infra*), and executed a "Settlement Term Sheet" reflecting same. Next, they intend to prepare a formal settlement agreement to be executed on or before June 12, 2020, to then be filed with the Court within seven (7) days after execution of same for the Court's review and approval.

5. Accordingly, the Parties request the current stay through June 12, 2020 be left in place, with the Parties to provide the Court with a status update and/or Motion for Settlement Approval on or before June 19, 2020.

6. In light of the above, good cause exists to keep in place the current stay of all upcoming deadlines through June 12, 2020.

RESPECTFULLY SUBMITTED THIS 13TH DAY OF MAY, 2020

*/s/ Paolo C. Meireles*
Paolo C. Meireles
E-mail: pmeireles@shavitzlaw.com
Gregg I. Shavitz
E-mail: gshavitz@shavitzlaw.com
Alan L. Quiles
E-mail: aquiles@shavitzlaw.com
Logan A. Pardell
E-mail: lpardell@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Fax: (561) 447-8831

*/s/ Cathleen Bell Bremmer*
Cathleen Bell Bremmer
E-mail: cbell@carltonfields.com
R. Quincy Bird
E-mail: qbird@carltonfields.com
D. Matthew Allen
E-mail: mallen@carltonfields.com
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

Allison O. Kahn

Rachel Bien (admitted *pro hac vice*)
E-mail: rmb@outtengolden.com
**OUTTEN & GOLDEN LLP**
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Fax: (646) 509-2058

*Attorneys for Plaintiff and the FLSA Collective*

E-mail: akahn@carltonfields.com
**CARLTON FIELDS, P.A.**
P.O. Box 150
West Palm Beach, FL 33402-0150
Street Address:
CityPlace Tower —Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6149
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Attorneys for Defendants*