IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------X
JOAN MCGUIRE, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

   -against-

INTELIDENT SOLUTIONS, LLC and
COAST DENTAL SERVICES, LLC,

        Defendants.
---------------------------------------------------------------X

Case No. 8:18-cv-02995-TPB-SPF

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, pursuant to Fed. R. Civ. P. 58, files this Motion for Entry of Final Judgment, and states:

**PROCEDURAL HISTORY**

1. The Court approved the Parties Settlement of this FLSA Collective action, pursuant to which Defendants agreed to pay Plaintiff individually and as representative of those similarly situated $1,320,000.00. ECF No. 91 (adopting Report and Recommendation at ECF No. 90).

2. The terms of the Parties' Settlement Agreement resolved claims on behalf of Plaintiff and 92 other individuals who joined this lawsuit after receiving notice of this case (ECF No. 90 p. 3). A List of the 93 total participants in this settlement, including Plaintiff, is attached hereto as Appendix A.

3. This Court denied Defendants' Motion to Abate the settlement (ECF No. 114), and under penalty of perjury, the undersigned counsel swears and affirms that the payment due pursuant to the approved Settlement remains unpaid as of the filing of this Motion.

**REQUEST FOR FINAL JUDGMENT**

4. It is undisputed that Defendants have failed to satisfy their contractual payment obligations under the Agreement. *See* ECF No. 92 (Defendants' Motion to Abate Settlement based on impossibility and extreme impracticability arising from the COVID-19 pandemic).

5. Plaintiff accordingly seeks a Final Judgement in on behalf of herself and the members of the collective in the amount of $1,320,000.00, to accrue interest at a rate of 4.25%, or the applicable amount established by the Florida Chief Financial Officer, Division of Accounting and Auditing, in the form attached hereto as Exhibit 1 or such form as decided by the Court.

6. Plaintiff's counsel has conferred with counsel for Defendants, and Defendants to not agree to the entry of the relief requested herein.

WHEREFORE, Plaintiff requests Final Judgment be entered in Plaintiff's favor on behalf of all persons identified in Appendix A, and against Defendants, and such other relief as the Court deems appropriate.

Dated:  August 20, 2021
         Boca Raton, FL

Respectfully submitted,

By: *s/ Paolo C. Meireles*
Paolo C. Meireles
pmeireles@shavitzlaw.com
Gregg I. Shavitz
gshavitz@shavitzlaw.com
Alan L. Quiles
aquiles@shavitzlaw.com
Logan A. Pardell
lpardell@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Fax: (561) 447-8831

*Attorneys for Plaintiff and the FLSA Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a true and correct copy of the foregoing was furnished to all counsel of record via the Court's CM/ECF system.

*/s/ Paolo C. Meireles*
Paolo C. Meireles, Esq.