**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

```
-----------------------------------------------------------------X
JOAN MCGUIRE, Individually and On           :
Behalf of All Others Similarly Situated,    :
                                            :
              Plaintiff,                    :   Case No. 8:18-cv-02995-
                                            :            TPB-SPF
    -against-                               :
                                            :
INTELIDENT SOLUTIONS, LLC and               :
COAST DENTAL SERVICES, LLC,                 :
                                            :
              Defendants.                   :
-----------------------------------------------------------------X
```

## FINAL JUDGMENT IN FAVOR OF PLAINTIFF INDIVIDUALLY AND ON BEHALF OF ALL OPT-N PLAINTIFFS

THIS CASE came before the Court for approval of settlement agreement and dismissal filed on June 23, 2020 (ECF No. 89) and approved by this Court on September 28, 2021 (ECF. No. 91), resolving the matters raised in the Complaint filed on December 11, 2018, by Plaintiff Joan McGuire individually and on behalf of all others similarly situated, ("Plaintiff"), against Defendants, Intelident Solutions, LLC and Coast Dental Services, LLC ("Defendants"). Plaintiff now seeks final judgement in her favor against Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. Having considered the record in this case and the submissions of the Parties, the Court finds that Defendants have failed to satisfy their

contractual obligations as approved and ordered by the Court. Based on the foregoing, it is

ORDERED AND ADJUDGED as follows:

1. A final judgment is granted in favor of Plaintiff and against Defendants Intelident Solutions, LLC (EIN XX-XXX0613) and Coast Dental Services, LLC (XX-XXX6131), jointly and severally, in the principal amount of One Million Three Hundred Twenty Thousand and 00/100 Dollars ($1,320,000.00).

2. Plaintiff individually and on behalf of the opt-in plaintiffs identified in Appendix A of this Final Judgement, shall recover from Defendants, jointly and severally, the amount of One Million Three Hundred Twenty Thousand and 00/100 Dollars ($1,320,000.00) in principal, which sum shall bear interest at the applicable statutory rate of 4.25%, as set forth in section 55.03, *Florida Statutes*, for all of which let execution issue. The post-judgment interest rate herein shall be adjusted annually on January 1 of each successive year in accordance with the interest rate in effect on that date as set by the Florida Chief Financial Officer until the judgment is paid.

3. The current address of Plaintiff Joan McGuire is:

3914 Upmann Drive
Rockledge, Florida 32955

The current/last known address of Defendants are:

Intelident Solutions, LLC
5706 Benjamin Center Drive, Suite 103
Tampa, Florida, 33634

Coast Dental Services, LLC
2502 Rocky Point Drive, Suite 1000
Tampa, Florida  33607

4. In accordance with Rule 69 of the Federal Rules of Civil Procedure, **Defendants shall complete under oath the *Fla. R. Civ. P. Form* 1.977** (Fact Information Sheet) attached to Defendants' conformed copy of the final judgment, including all required attachments, and serve it on the Plaintiff's attorney, Shavitz Law Group, at 951 Yamato Road, Suite 285, Boca Raton, Florida, 33131, **no later than 45 days after the date of this final judgment**, unless the judgment is satisfied or post-judgment discovery is stayed.

5. The Court reserves jurisdiction to

    a. determine Plaintiff's entitlement to reasonable court costs;

    b. enter further orders that are proper to compel Defendants to complete and serve on Plaintiff's attorney all post-judgment discovery (including completion of Form 1.977 and submission of all required attachments) and to submit to depositions in aid of execution; and

    c. enter any other or additional orders that may be necessary or appropriate.

**DONE AND ORDERED**: _____.

 

_____
UNITED STATES DISTRICT
COURT JUDGE

# APPENDIX A

Case 8:18-cv-02995-SDM-SPF   Document 115-2   Filed 08/20/21   Page 5 of 8 PageID 1943

**Plaintiffs**

| |
|---|
| Danielle Allen |
| Jeannette Araiza |
| Nancy Jean Barfield |
| Patricia Barfield |
| Ellen Lorraine Bell |
| Shirley Darrow Bishop |
| Susan Danielle Blackburn |
| Nkolika Bosah |
| Tonia L. Brown |
| Dawn Marie Buchner |
| Michelle Campion |
| Crystal Lynn Carroll |
| Shaquivias Carter |
| Regina Carter |
| Dawn DeeAnn Castillo |
| Susana Celaya |
| Dimetris Crayton |
| Melissa Cruz |
| Mayra DeJesus |
| Tonya Dennis |
| Connie Drews |
| Andrea Ellis |
| Doreen Evans |
| Judith Faulstich |
| Beatrice Figueroa-Acosta |
| Karen Fynn |
| Jessica Gallardo |
| Fidelina Garcia |
| Danielle Gillis |
| Laurie Lynn Gleason |
| Maday Gomez |
| Patricia Goode |
| Mariana Rosario Gray |
| Brandy Nicole Griffith |
| Diana Hall |
| Brenda Hand |
| Christy Hardin (Price) |
| Herlinda M. Hernandez-Lechuga |
| Jessica Heuforf |
| Patrice Hoffhines |
| Katherine Kastner |
| Sheri King |
| Andrea M. LaMond |

| |
|---|
| Amber Lawrence |
| Cecilia M LeCours |
| Cassy Lee |
| Deborah Alicia Lewis |
| Anna Lomeli |
| Mary Kathleen Lua |
| Lucila Luna |
| Ann Mack |
| Brenda Magliacano |
| Lynae Maguire |
| Sheila Marie Mahaffey |
| Madelyn Winifred Marshall |
| Tammy Martin |
| Rhonda Marie Mayo |
| Joan McGuire |
| Cameron Ashley McLees |
| Cammi Moore |
| Cheryl E. Moore |
| Shaneqa Moore |
| Brandy Newmans |
| Kathrryn M. Nicklaus |
| Rhonda Ann Nowak |
| Margarita Colon Ortiz |
| Samary Ortiz-Silva |
| Natalie Jean Peterson |
| Michelle D. Peterson-Fofana |
| Sasha Salzer Prescott |
| Judy Lynne Raffaele |
| Elizabeth Ramirez-Flores |
| Maria Elena P. Ranola |
| Sonya Lynette Reed |
| Tammy R. Reisinger |
| Anouk Rivero |
| Stephens-Tartt Robin |
| Wendy Natalie Rodriguez |
| Tina M. Rush |
| Stacey D. Ryan |
| Margie A Schroeder |
| Shianna Fields Scruggs |
| Adriana Soto |
| Ebony Lekindra Stowers |
| Royale Terry |
| Shedonne N. Thomas |
| Awilda Tuning |
| Amber Vargas |

| |
|---|
| Maria E. Vicioso |
| Darnelle Williams |
| Amanda Jo Williamson |
| Jennifer Xenos |
| Doreen Ann Zink |