…

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN MCGUIRE,

    Plaintiff,

v.                                            CASE NO. 8:18-cv-2995-SDM-SPF

INTELIDENT SOLUTIONS, LLC, et al.,

    Defendants.
_____/

**ORDER**

    In this settled Fair Labor Standards Act collective action, a September 28, 2020 order (Doc. 91) approves the parties' settlement agreement, which requires the defendants to pay the plaintiffs $1,320,000 through a settlement administrator. The defendants failed to pay timely, and the plaintiffs moved (Doc. 115) for entry of final judgment. After a November 1, 2021 report (Doc. 136) recommended granting the motion, the defendants announced (Doc. 137) full payment to the settlement administrator and objected (Doc. 138) to the report and recommendation. A February 3, 2022 order (Doc. 145) refers the motion for entry of final judgment for a supplemental report and recommendation. In an amended report (Doc. 152), the magistrate judge announces that "the parties stipulate that Defendants have satisfied their obligations under the settlement agreement, and the issue is moot" and recommends denying the motion for entry of final judgment as moot. (Doc. 152 at 3). No objection appears.

The amended report and recommendation (Doc. 152) is **ADOPTED**. The plaintiff's motion (Doc. 115) for entry of final judgment is **DENIED AS MOOT**. Although thorough and well-reasoned, the November 1, 2021 report and recommendation (Doc. 136) is **REJECTED AS MOOT**.

ORDERED in Tampa, Florida, on March 3, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE